IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY STEVEN KRIST,

    Petitioner,

vs.                                  CASE NO. 5:09cv143/RS-MD

WARDEN IKE EICHENLAUB,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 40) and Petitioner's Objection (Doc. 42). I have considered Petitioner's objections de novo.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Petition For Writ of Habeas Corpus Under §2241 (Doc. 1) is denied without prejudice because of Petitioner's failure to exhaust administrative remedies.

3. The clerk is directed to close the file.

**ORDERED** on December 2, 2009.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**